```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

LADONNA MANUEL, o/b/o A.P.,        :
                                   :
    Plaintiff,                     :
                                   :
v.                                 :       CIVIL ACTION 09-0323-M
                                   :
MICHAEL J. ASTRUE,                 :
Commissioner of                    :
Social Security,                   :
                                   :
    Defendant.                     :


<u>JUDGMENT</u>

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Ladonna Manuel on behalf of A.P.

DONE this 30th day of December, 2009.


                                     <u>s/BERT W. MILLING, JR.</u>
                                     UNITED STATES MAGISTRATE JUDGE